No. 01–1534. KORNWOLF *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–1536. BOSWELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–1545. PUERTO RICO ET AL. *v.* ARECIBO COMMUNITY HEALTH CARE, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 01–1548. SHELBY COUNTY SCHOOL DISTRICT ET AL. *v.* COCKREL. C. A. 6th Cir. Certiorari denied.

No. 01–1567. HILL *v.* FORT BEND INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 01–1569. INTERNATIONAL LONGSHOREMAN'S ASSN., LOCAL 1922 *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–1573. OAKLEY *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 01–1584. NATIONSBANK OF TEXAS, N. A. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 01–1585. MOUSSAZADEH *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–1618. ABBELL ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–1622. NATIONAL COALITION TO SAVE OUR MALL ET AL. *v.* NORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–1624. CITY OF MIDDLETOWN ET AL. *v.* REGIONAL ECONOMIC COMMUNITY ACTION PROGRAM, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–1626. RAFIDAIN BANK *v.* FIRST CITY, TEXAS-HOUSTON, N. A. C. A. 2d Cir. Certiorari denied.